NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELSIS IN VITRO, INC.,**
*Plaintiff-Appellant,*

v.

**CELLZDIRECT, INC. AND INVITROGEN CORPORATION,**
*Defendants-Appellees.*

---

2011-1337

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 10-CV-4053, Senior Judge Milton I. Shadur.

---

## ON MOTION

---

## ORDER

Celsis in Vitro, Inc. moves to expedite the appeal, including the briefing schedule and oral argument.

Celsis filed its brief early, thereby self-expediting the case. Celsis has not shown that the time for CellzDirect, Inc. and Invitrogen Corporation to file their brief should be shortened. CellzDirect, Inc. and Invitrogen Corporation should not anticipate any extensions of time to file

their brief. The case will be placed on the next available oral argument calendar after the briefing is completed, which is the usual course, and thus no motion is necessary to obtain that relief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUN 2 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Rip Finst, Esq.
    Jordan A. Sigale, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 4 2011

JAN HORBALY
CLERK